UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (HARTFORD)

| | | |
|---|---|---|
| DIRECTV, Inc. | ) | Case No.: 303CV0487-AWT |
| Plaintiff, | ) | |
| | ) | **MOTION FOR DEFAULT OR OTHER SANCTIONS** |
| vs. | ) | |
| ALEX FARKASH | ) | |
| Defendant | ) | |

Now comes the Plaintiff, DIRECTV, Inc. (hereinafter " DIRECTV " or the "Plaintiff") and it hereby moves this Honorable Court to enter default or other sanctions against the Defendant. As grounds therefore, the Plaintiff states as follows:

1. Plaintiff's counsel's records reflect that after conferring and negotiating with the Defendant throughout the summer and up to September 25, 2003, Plaintiff's counsel sent a proposed 26(f) report to the Pro Se defendant on or about September 25, 2003;

2. The defendant has never executed or returned said 26(f) report;

3. On or about October 3, 2003 the Plaintiff and Defendant reached a definitive agreement calling for settlement of this matter with:

    a. a payment being made to the Plaintiff by a relative of the Defendant (his father) who was allegedly involved in this matter;

    b. the execution of a mutual confidential settlement agreement; and

    c. a stipulation of dismissal without prejudice as to this action.

**ORAL ARGUMENT REQUESTED**

---

*Margin annotation (handwritten/stamped, left side):* GRANTED. The Clerk shall enter default against the defendant pursuant to Rule 55(a). A motion for default judgment shall be filed pursuant to Fed. R. Civ. P. 55(b) within thirty (30) days or the Clerk will dismiss this case pursuant to Fed. R. Civ. P. 41(b). It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT  03/ /04