#9

**FILED**
2004 MAR 10 A 11: 21
U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT (Hartford)

| | | |
|---|---|---|
| DIRECTV, Inc. | ) | Case No.: **303CV0487-AWT** /mail |
| Plaintiff, | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) | **WITHOUT PREJUDICE** |
| | ) | |
| Alex Farkash | ) | |
| | ) | |
| Defendant | ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

3/4/04
Date

John M. McLaughlin (CT16988)
**Mailing Address for**
**Requested Service of All Papers**
MORSE & SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: 860-745-0045

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

FILED 2004 MAR 25 P 12: 50

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    03/24/04

Page 1